UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-10042-CIV-MORENO

SHANE D. BROWN,

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

**ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE**

THIS CAUSE came before the Court upon Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 **(D.E. 1)**, filed on **June 24, 2016**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED in view of Eleventh Circuit precedent, *United States v. Matchett*, 802 F.3d 1185 (11th Cir. 2015). It is also

**ADJUDGED** that this case is closed and all other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of August 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record